# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
        §
PATRICIA M BRUIN  §  Case No. 14-28367
        §
    Debtor  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/01/2014. The undersigned trustee was appointed on 11/22/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 77,965.06 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 2,043.02 |
| Bank service fees | | 592.16 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 30,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 45,329.88 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/24/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,546.51 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,546.51 , for a total compensation of $ 5,546.51 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.24 , for total expenses of $ 22.24 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2017                    By:/s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-28367 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PATRICIA M BRUIN | | | | Date Filed (f) or Converted (c): | 08/01/2014 (f) |
| | | | | | 341(a) Meeting Date: | 09/04/2014 |
| For Period Ending: | 12/12/2017 | | | | Claims Bar Date: | 03/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13801 W. Meath Drive, Homer Glen, IL 60491 | 258,094.00 | 47,965.06 | | 77,965.06 | FA |
| 2. Chase Bank - Checking | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Everyday apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. International Elevator Pension | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $260,944.00 | $47,965.06 | | $77,965.06 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/18/2016 case re-opened and Trustee Metrou re-appointed to pursue surplus funds in state court foreclosure on debtor's residence see Dkt# 19.  Motion to Employ counsel granted on 12/9/2016-see Dkt# 23.  Collection made by counsel in state court proceedings 12-21-2016.  Motion to pay asset recovery company granted 1-20-2016. Filed Mt to Employ Accountant on 3/10/2017 see Dkt# 38.

RE PROP #     1    --    Surplus funds from Sheriff sale of residence

Initial Projected Date of Final Report (TFR): 11/22/2017        Current Projected Date of Final Report (TFR): 11/22/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No.: 14-28367 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PATRICIA M BRUIN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5793 |
| | Checking |
| Taxpayer ID No: XX-XXX4384 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/16 | 1 | Will County Sheriff's Office Foreclosure Trust Fund 14 W. Jefferson Street Civil process Division Joliet, IL 60432-4410 | Recovery of surplus funds in foreclosure Surplus funds from Sheriff sale on residence. | 1110-000 | $77,965.06 | | $77,965.06 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.12 | $77,923.94 |
| 01/23/17 | 1001 | Matthew Maddione 19149 Eccles Street Northridge, CA 91324 | Court Approved Payment Payment for asset recovery specialist per dckt#35 | 3991-000 | | $2,000.00 | $75,923.94 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.83 | $75,808.11 |
| 02/07/17 | 1002 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $43.02 | $75,765.09 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.87 | $75,663.22 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.49 | $75,550.73 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.70 | $75,442.03 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.15 | $75,329.88 |
| 11/28/17 | 1003 | The Patricia Bruin 2014 Trust Jahnke, Sullivan, & Tollis, LLC 10075 W. Lincoln Hwy Frankfort, IL 60423 | Debtor's Exemptions See dckt#41 | 8100-002 | | $30,000.00 | $45,329.88 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $77,965.06 | $32,635.18 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $77,965.06 | $32,635.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

|  |  |  |
|---|---:|---:|
| Subtotal | $77,965.06 | $32,635.18 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $77,965.06 | $2,635.18 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5793 - Checking | $77,965.06 | $2,635.18 | $45,329.88 |
|  | $77,965.06 | $2,635.18 | $45,329.88 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $77,965.06 |
| Total Gross Receipts: | $77,965.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-28367-BWB  
Debtor Name: PATRICIA M BRUIN  
Claims Bar Date: 3/24/2017  
Date: December 12, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $5,546.51 | $5,546.51 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $22.24 | $22.24 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $969.00 | $969.00 |
| 100 3711 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,062.50 | $1,062.50 |
| 100 3712 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $218.49 | $218.49 |
| 100 3991 | Matthew Maddione<br>19149 Eccles Street<br>Northridge, CA 91324 | Administrative<br>Payment Status:<br>Valid To Pay | Employed for asset referral fee approved by court dckt#35 | $0.00 | $2,000.00 | $2,000.00 |
| 100 8100 | The Patricia Bruin 2014 Trust<br>Jahnke, Sullivan, & Tollis, LLC<br>10075 W. Lincoln Hwy<br>Frankfort, IL 60423 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o Dkt# 41 | $0.00 | $30,000.00 | $30,000.00 |
| 1 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured<br>Payment Status:<br>Valid To Pay | | $7,186.00 | $7,325.32 | $7,325.32 |
| 2 300 7100 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $9,986.00 | $10,183.10 | $10,183.10 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-28367-BWB  
Debtor Name: PATRICIA M BRUIN  
Claims Bar Date: 3/24/2017  

Date: December 12, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 | U.S. BANK NA | Unsecured | | $0.00 | $164,528.15 | $164,528.15 |
| 300 | 4801 FREDERICA STREET | Payment Status: | | | | |
| 7100 | OWENSBORO KY 42301-0000 | Valid To Pay | | | | |
| | Case Totals | | | $17,172.00 | $221,855.31 | $221,855.31 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-28367
Case Name: PATRICIA M BRUIN
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 45,329.88

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 5,546.51 | $ 0.00 | $ 5,546.51 |
| Trustee Expenses: Peter N. Metrou | $ 22.24 | $ 0.00 | $ 22.24 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 969.00 | $ 0.00 | $ 969.00 |
| Other: Matthew Maddione | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Other: Peter N. Metrou | $ 1,062.50 | $ 0.00 | $ 1,062.50 |
| Other: Peter N. Metrou | $ 218.49 | $ 0.00 | $ 218.49 |

Total to be paid for chapter 7 administrative expenses $ 7,818.74

Remaining Balance $ 37,511.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,036.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 7,325.32 | $ 0.00 | $ 1,509.48 |
| 2 | DISCOVER BANK | $ 10,183.10 | $ 0.00 | $ 2,098.37 |
| 3 | U.S. BANK NA | $ 164,528.15 | $ 0.00 | $ 33,903.29 |
| | Total to be paid to timely general unsecured creditors | | | $ 37,511.14 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE