UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                  §
                                        §
PATRICIA M BRUIN                        §    Case No. 14-28367
                                        §
         Debtor                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 32,850.00 |
| Total Distributions to Claimants: 37,511.14 | Claims Discharged<br>Without Payment: 430,689.65 |
| Total Expenses of Administration: 10,453.92 | |

3) Total gross receipts of $ 77,965.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $ 47,965.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 214,461.22 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,453.92 | 10,453.92 | 10,453.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,875.00 | 182,036.57 | 182,036.57 | 37,511.14 |
| **TOTAL DISBURSEMENTS** | $ 303,336.22 | $ 192,490.49 | $ 192,490.49 | $ 47,965.06 |

4) This case was originally filed under chapter 7 on 08/01/2014 . The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2018           By:/s/Peter N. Metrou, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 13801 W. Meath Drive, Homer Glen, IL 60491 | 1110-000 | 77,965.06 |
| **TOTAL GROSS RECEIPTS** | | **$77,965.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| The Patricia Bruin 2014 Trust | Exemptions | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cco Mortgage Corp. 10561 Telegraph Rd Glen Allen, VA 23059 | | 49,025.00 | NA | NA | 0.00 |
| | Charter One Na Jefferson Blvd. MS RJW - 135 Warwick, RI 02886 | | 165,436.22 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 214,461.22** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 5,546.51 | 5,546.51 | 5,546.51 |
| Peter N. Metrou | 2200-000 | NA | 22.24 | 22.24 | 22.24 |
| LTD. International Sureties | 2300-000 | NA | 43.02 | 43.02 | 43.02 |
| Associated Bank | 2600-000 | NA | 592.16 | 592.16 | 592.16 |
| Peter N. Metrou | 3220-000 | NA | 218.49 | 218.49 | 218.49 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 969.00 | 969.00 | 969.00 |
| Peter N. Metrou | 3711-000 | NA | 1,062.50 | 1,062.50 | 1,062.50 |
| Matthew Maddione | 3991-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,453.92 | $ 10,453.92 | $ 10,453.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amr Eagle Bk 556 Randall Road South Elgin, IL 60177 | | 20,528.00 | NA | NA | 0.00 |
| | Cap1/mnrds Po Box 30253 Salt Lake City, UT 84130 | | 1,379.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 14,103.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 3,189.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 5,502.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | 0.00 | NA | NA | 0.00 |
| | Citibank Citicorp Credit Services/Attn: Centraliz Po Box 20507 Kansas City, MO 64195 | | 6,026.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 7,200.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | 0.00 | NA | NA | 0.00 |
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,228.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,709.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbna Po Box 6283 Sioux Falls, SD 57117 | | 9,565.00 | NA | NA | 0.00 |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | 0.00 | NA | NA | 0.00 |
| | Us Bank Hogan Loc Po Box 5227 Cincinnati, OH 45201 | | 1,274.00 | NA | NA | 0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 7,186.00 | 7,325.32 | 7,325.32 | 1,509.48 |
| 2 | DISCOVER BANK | 7100-000 | 9,986.00 | 10,183.10 | 10,183.10 | 2,098.37 |
| 3 | U.S. BANK NA | 7100-000 | NA | 164,528.15 | 164,528.15 | 33,903.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 88,875.00 | $ 182,036.57 | $ 182,036.57 | $ 37,511.14 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-28367 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | PATRICIA M BRUIN | | | | Date Filed (f) or Converted (c): | 08/01/2014 (f) |
| | | | | | 341(a) Meeting Date: | 09/04/2014 |
| For Period Ending: | 03/15/2018 | | | | Claims Bar Date: | 03/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13801 W. Meath Drive, Homer Glen, IL 60491 | 258,094.00 | 47,965.06 | | 77,965.06 | FA |
| 2. Chase Bank - Checking | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Everyday apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. International Elevator Pension | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $260,944.00 | $47,965.06 | | $77,965.06 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/18/2016 case re-opened and Trustee Metrou re-appointed to pursue surplus funds in state court foreclosure on debtor's residence see Dkt# 19.  Motion to Employ counsel granted on 12/9/2016-see Dkt# 23.  Collection made by counsel in state court proceedings 12-21-2016.  Motion to pay asset recovery company granted 1-20-2016. Filed Mt to Employ Accountant on 3/10/2017 see Dkt# 38. 11/28/2017 mailed exemption check. 12/12/2017 Sent TFR to UST. 1/22/18 filed fee apps and NFR.

RE PROP #        1    --    Surplus funds from Sheriff sale of residence

Initial Projected Date of Final Report (TFR): 11/22/2017        Current Projected Date of Final Report (TFR): 11/22/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-28367 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PATRICIA M BRUIN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5793 |
| | Checking |
| Taxpayer ID No: XX-XXX4384 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/21/16 | 1 | Will County Sheriff's Office Foreclosure Trust Fund 14 W. Jefferson Street Civil process Division Joliet, IL 60432-4410 | Recovery of surplus funds in foreclosure Surplus funds from Sheriff sale on residence. | 1110-000 | $77,965.06 | | $77,965.06 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.12 | $77,923.94 |
| 01/23/17 | 1001 | Matthew Maddione 19149 Eccles Street Northridge, CA 91324 | Court Approved Payment Payment for asset recovery specialist per dckt#35 | 3991-000 | | $2,000.00 | $75,923.94 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.83 | $75,808.11 |
| 02/07/17 | 1002 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $43.02 | $75,765.09 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $101.87 | $75,663.22 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.49 | $75,550.73 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.70 | $75,442.03 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.15 | $75,329.88 |
| 11/28/17 | 1003 | The Patricia Bruin 2014 Trust Jahnke, Sullivan, & Tollis, LLC 10075 W. Lincoln Hwy Frankfort, IL 60423 | Debtor's Exemptions See dckt#41 | 8100-002 | | $30,000.00 | $45,329.88 |
| 03/05/18 | 1004 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $6,849.74 | $38,480.14 |

| | | | | Page Subtotals: | $77,965.06 | $39,484.92 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-28367 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: PATRICIA M BRUIN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5793 |
| | Checking |
| Taxpayer ID No: XX-XXX4384 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 03/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($5,546.51) 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($22.24) 2200-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($218.49) 3220-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($1,062.50) 3711-000 | | | |
| 03/05/18 | 1005 | Kutchins Robbins & Diamond Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $969.00 | $37,511.14 |
| 03/05/18 | 1006 | AMERICAN INFOSOURCE LP AS AGENT FOR TD Bank, USA PO Box 248866 Oklahoma City, OK  73124-8866 | Final distribution to claim 1 representing a payment of 20.61 % per court order. | 7100-000 | | $1,509.48 | $36,001.66 |
| 03/05/18 | 1007 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany, OH  43054-3025 | Final distribution to claim 2 representing a payment of 20.61 % per court order. | 7100-000 | | $2,098.37 | $33,903.29 |
| 03/05/18 | 1008 | U.S. BANK NA 4801 FREDERICA STREET OWENSBORO KY 42301-0000 | Final distribution to claim 3 representing a payment of 20.61 % per court order. | 7100-000 | | $33,903.29 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $77,965.06 | $77,965.06 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $77,965.06 | $77,965.06 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $77,965.06 | $47,965.06 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $38,480.14 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5793 - Checking | $77,965.06 | $47,965.06 | $0.00 |
| | $77,965.06 | $47,965.06 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $77,965.06 |
| Total Gross Receipts: | $77,965.06 |